```
                                                              FILED
                                                          January 28, 2009
       UNITED STATES DISTRICT COURT FOR THE             CLERK, US DISTRICT COURT
                                                         EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA                  CALIFORNIA
                                                             DEPUTY CLERK
```

UNITED STATES OF AMERICA,       )
                                )     Case No. 2:09MJ00030-GGH-1
        Plaintiff,              )
v.                              )     ORDER FOR RELEASE OF
                                )     PERSON IN CUSTODY
DANIEL JAMES MEDINA,            )
                                )
        Defendant.              )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  DANIEL JAMES MEDINA , Case No. 2:09MJ00030-GGH-1 , Charge  18USC § 1708 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __  Release on Personal Recognizance

   __  Bail Posted in the Sum of $_____

       __  Unsecured Appearance Bond

       __  Appearance Bond with 10% Deposit

       __  Appearance Bond with Surety

       __  Corporate Surety Bail Bond

   ✔   (Other)       Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 28, 2009  at  2:00 pm .

                              By   /s/ Gregory G. Hollows
                                   Gregory G. Hollows
                                   United States Magistrate Judge

Copy 5 - Court